IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Thomas De'Armond, Jr.,<br><br>         Plaintiff,<br><br>  v.<br><br>J. White,<br><br>         Defendant. | Case No. 1:19-cv-01695-JDP<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE MOTION OPTING OUT OF EARLY SETTLEMENT CONFERENCE<br><br>ECF No. 19 |

  Defendant has filed an *Ex Parte* Application for Extension of Time to File Motion Opting Out of Early Settlement Conference. ECF No. 19. The conference is currently scheduled for September 15, 2020. Having considered the application, the Court finds good cause to grant such extension request.

  Accordingly, it is hereby ordered that:

  1. Defendant's *Ex Parte* Application for Extension of Time to File Motion Opting Out of Early Settlement Conference is granted; and

  2. Defendant shall file the motion, if necessary, on or before July 21, 2020.

IT IS SO ORDERED.

Dated:   July 7, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.