| | |
|---|---|
| MICHAEL THOMAS DE'ARMOND, JR., | Case No. 1:19-cv-01695-NONE-HBK |
| Plaintiff, | ORDER LIFTING STAY |
| v. | AMENDED DISCOVERY AND SCHEDULING ORDER |
| J. WHITE, | Exhaustion Motion Filing Deadline: **09/06/21** |
| Defendant. | Discovery Deadline: **02/02/22** |
| | Dispositive Motion Deadline: **05/03/22** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Michael Thomas De'Armond Jr. proceeds *pro se* and *in forma pauperis* on his civil rights complaint filed under 42 U.S.C. § 1983 on November 20, 2019. (Docs. No. 1, 10). The court screened Plaintiff's complaint and allowed his sole claim of excessive force to proceed. (Doc. No. 11). A discovery and scheduling order was thereafter issued. (Doc. No. 27).

On March 8, 2021, the court stayed this matter pending resolution of a criminal complaint against Plaintiff stemming from the same incident that underpins Plaintiff's complaint. (Doc. No. 36). On June 2, 2021 Defendant filed a status report advising that the criminal proceedings against Plaintiff had concluded and requesting the stay be lifted and an amended discovery and scheduling order be issued. (Doc. No. 37). The Court will lift the stay and resets the deadlines to complete discovery and file dispositive motions.

1

Accordingly, it is ORDERED:

1. The Clerk of Court shall lift the stay of this case.
2. The deadline to file an exhaustion-based summary judgment motion is reset to September 6, 2021.
3. The deadline for the parties to complete discovery is reset to February 2, 2022.
4. The deadline for the parties to file dispositive motions is reset to May 3, 2022.
5. Except for the dates specifically altered by this order, the parties must continue to comply with all rules and dictates contained within the court's earlier discovery and scheduling order. (Doc. No. 27).

IT IS SO ORDERED.

Dated: June 3, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE