# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS DE'ARMOND, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>J. WHITE,<br><br>  Defendant. | Case No. 1:19-cv-01695-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 46) |

Michael Thomas De'Armond Jr., a state prisoner, is proceeding pro se on his initial complaint filed under 42 U.S.C. § 1983. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Defendant timely filed a motion for summary judgment contending the uncontroverted evidence proves Plaintiff did not fully exhaust his available administrative remedies regarding his claim against Defendant. (Doc. 42.) Defendant served the motion on Plaintiff by First-Class Mail. (*Id*. at 10–11.) Plaintiff did not file any opposition and the time to do so has expired. (*See* docket.)

The magistrate judge filed findings and recommendations, concluding that the motion for summary judgment be granted. (Doc. No. 46.) The findings and recommendations notified the parties that any objections had to be filed within 14 days. (*Id*. at 8.) Plaintiff did not file objections and the time to do so has expired. (*See* docket.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations, filed on December 1, 2022 (Doc. 46), are **ADOPTED IN FULL**.

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:  **January 4, 2023**

UNITED STATES DISTRICT JUDGE